IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cr-03151-SRB |
| | ) | |
| DAVID MICHAEL KEMP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #42) to Deny Defendant David Michael Kemp's ("Defendant") Motion to Dismiss. (Doc. #36). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #42). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #42) be attached to and made a part of this Order and that Defendant's Motion to Dismiss (Doc. #36) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2024